UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIDDHARTHA BISWAS,

Plaintiff,

v.

REDSAIL TECHNOLOGIES, et al.,

Defendants.

Case No. 1:26-cv-04665-KES-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE

Doc. 3

Plaintiff Siddhartha Biswas initiated this action with the filing of a complaint on June 17, 2026. Doc. 1.

On July 21, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action for failure to prosecute this action and failure to comply with the court's orders. Doc. 3. The magistrate judge noted that, upon preliminary review, the court found the complaint deficient as it is unsigned by plaintiff and appears to be signed instead by a non-attorney representative. The magistrate judge also found that venue did not appear to lie in this district and that the Court lacked personal jurisdiction over the named defendants. *Id.* at 1. Accordingly, on June 25, 2026, the magistrate judge had ordered plaintiff to show cause why this action should not be dismissed. Doc. 2. Plaintiff did not file any response to the court's order.

In the findings and recommendations, the magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), regarding dismissal for failure to comply

with a court order, and recommended dismissal without prejudice. Doc. 3 at 2-4.

The court served the findings and recommendations on plaintiff and informed him that any objections were due within 14 days. *Id.* at 4. The findings and recommendations advised plaintiff that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff did not file any objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this court performed a de novo review of the case. Having carefully reviewed this matter, the court concludes that the findings that plaintiff failed to prosecute the action and failed to comply with the Court's orders are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 3, issued on July 21, 2026, are ADOPTED in full.
2. The action is DISMISSED without prejudice.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 12, 2026

UNITED STATES DISTRICT JUDGE